BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-291 CKD |
|---|---|
| Plaintiff, | STIPULATION REGARDING STATUS CONFERENCE; [~~PROPOSED~~] ORDER |
| v. | |
| MEGAN REAP, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Megan Reap, by and through her counsel of record, hereby stipulate as follows:

1. The defendant was arrested pursuant to a criminal complaint and arrest warrant signed by the Honorable Allison Claire of the Eastern District of California. The defendant appeared before a magistrate judge in the Western District of Virginia on September 19, 2013. The defendant was released on conditions and ordered to appear in this court on September 30, 2013.

2. The parties have consulted and agree the September 30, 2013 status date should be vacated. There is no arraignment or preliminary examination set for that date, and neither party is seeking to modify the conditions of release. Accordingly, the parties stipulate to vacating the September 30, 2013 status date as to defendant Megan Reap and ask that the Court enter an order to that effect.

STIPULATION REGARDING STATUS CONFERENCE;
[PROPOSED] ORDER

1

| | |
|---|---|
| Dated: September 26, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ MICHELE BECKWITH<br>MICHELE BECKWITH<br>Assistant United States Attorney |
| Dated: September 26, 2013 | /s/ SCOTT L. TEDMON<br>SCOTT L. TEDMON<br>Attorney for Defendant Megan Reap |

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED

Dated: September 27, 2013

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE