BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-291 CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING EXTENSION OF TIME IN WHICH TO HOLD A PRELIMINARY EXAMINATION |
| v. | |
| MARIE LEAHY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Marie Leahy, by and through her counsel, Kresta N. Daly, hereby stipulate as follows:

1. The defendant was arrested pursuant to a criminal complaint and arrest warrant signed by the Honorable Allison Claire of the Eastern District of California. The defendant appeared before a magistrate judge in the Western District of Virginia on September 19, 2013. The defendant was released on conditions and ordered to appear in this court on September 30, 2013.

2. The defendant appeared in this district on September 30, 2013, and a preliminary hearing was set for October 15, 2013. The parties are in the process of exploring a possible resolution to this case. Counsel for the defense begins trial on October 10, 2013. Counsel for the government will be in trial from approximately October 16 through October 31, 2013. In order to continue negotiations, the parties agree and request that the October 15, 2013 preliminary hearing be vacated and continued to

November 14, 2013.

Dated:  September 30, 2013	BENJAMIN B. WAGNER
	United States Attorney

	 /s/ MICHELE BECKWITH
	MICHELE BECKWITH
	Assistant United States Attorney

Dated:  September 30, 2013	 /s/ Kresta N. Daly
	KRESTA N. DALY
	Attorney for Defendant Marie Leahy

## [~~PROPOSED~~] FINDINGS AND ORDER

Good cause appearing, and pursuant to Fed. R. Crim. P. 5.1(d), the preliminary hearing previously set for October 15, 2013 is vacated, and continued to November 14, 2013.

Dated:  October 1, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE