1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-291 KJN |
|---|---|
| Plaintiff, | MOTION TO DISMISS DEFENDANT MARIE LEAHY |
| v. | |
| MARIE LEAHY, | |
| Defendant. | |

Pursuant to Rule 48(a), and in the interest of justice, the government hereby moves to dismiss without prejudice defendant Marie Leahy from the complaint in this case. See Fed. R. Crim. P. 48(a). The defendant does not object to this motion.

Dated: October 12, 2013                    BENJAMIN B. WAGNER
                                           United States Attorney

                                            /s/ Michele Beckwith
                                           MICHELE BECKWITH
                                           Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-291 KJN |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARIE LEAHY, | |
| Defendant. | |

Based on the government's motion and good cause appearing therefrom, defendant Marie Leahy is hereby dismissed from this case.

SO ORDERED.

Dated: October 15, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE