Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
MARIE MARGARET LEAHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIE MARGARET LEAHY,<br><br>Defendant. | Case No. 2:13-MJ-00291-KJN<br><br>**STIPULATION AND ORDER** |

A Criminal Complaint was filed against Marie Leahy on September 16, 2013. As a condition of her pre-trial release she was required to relinquish control of her passport. On October 15, 2013 the Government moved to dismiss the charges against Ms. Leahy. Ms. Leahy now seeks the return of her passport.

The parties hereby stipulate that, in light of the dismissal in the above captioned case, Ms. Leahy's passport should be returned to her and request this court order Pre-Trial Services and the Clerk's office to return Ms. Leahy's passport to Ms. Leahy's counsel of record, Kresta Daly.

///

///

///

///

///

Dated: October 15, 2013.	BARTH TOZER & DALY LLP

By	/s/ Kresta Nora Daly
	KRESTA NORA DALY
	Attorneys for KRISTINE ATOYAN


Dated: October 15, 2013.	By	/s/ Kresta Nora Daly
	Michele Beckwith
	Assistant United States Attorney


# O R D E R

**GOOD CAUSE APPEARING,** Pre-Trial Services and the Clerk's office are ordered to return Marie Leahy's passport. The passport may be released either to Marie Leahy or her counsel, Kresta Nora Daly.

Dated: October 16, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE